UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 2: 08-67-DCR |
| V. | ) ) | |
| MATTHEW FARMER, | ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the United States' motion to continue the trial date for Defendant Matthew Farmer ("Farmer"). [Record No. 24] Farmer has filed a written response indicating his agreement to a continuance. [Record No. 25] The United States' motion is based on the unavailability of an essential witness, ATF Special Agent Robert Young. Special Agent Young is scheduled to go on detail in Iraq on January 30, 2009, as part of a Department of Defense and Department of Justice Combined Explosives Exploitation Cell. This detail was supposed to begin in October 2009, but has been rescheduled by the Departments of Justice and Defense. Special Agent Young is expected to return to the United States on May 9, 2009.

The Speedy Trial Act requires that Farmer be accorded a trial within seventy days from the date of his arraignment. Therefore, his trial should must commence by March 2, 2009, unless an exclusion applies. However, this time requirement may be augmented in circumstances where

an "essential witness" is absent or unavailable. 18 U.S.C. § 3161(h)(3)(A). Special Agent Young led the investigation of Farmer's allegedly illegal activities. Further, he authored each of the affidavits in support of warrants involving Farmer, and executed the subsequent searches. Under these circumstances, Special Agent Young is an "essential witness" for purposes of the Speedy Trial Act. The period of delay resulting from his absence will not be computed as part of the time period during which Farmer's trial must commence. Therefore, a continuance based on his absence will not violate Farmer's rights under the Speedy Trial Act. Accordingly, it is hereby

    **ORDERED** as follows:

    1.    The United States' motion to continue trial [Record No. 24] is **GRANTED**;

    2.    The pretrial conference is **CONTINUED** to **May 11, 2009**, beginning at **4:30 p.m.** in **Frankfort**;

    3.    The jury trial for Defendant Matthew Farmer is **CONTINUED** to **May 26, 2009**, beginning at **9:30 a.m.** in **Covington**. Counsel shall be present at 9:00 a.m;

    4.    The hearing in this matter [Record No. 26] previously scheduled for January 30, 2009, beginning at 11:30 a.m. in Covington is **CANCELED**.

    This 16th day of January, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge